UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FELIPE ALMONTE,
    Petitioner,

v.                                                      C.A. No. 09-384 S

STATE OF RHODE ISLAND,
    Respondent.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on October 23, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Respondent State of Rhode Island's Motion to Dismiss is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/10/09